

J. BRUGH LOWER
Associate

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4581 Fax: (973) 639-6292
jlower@gibbonslaw.com

May 19, 2015

**VIA ECF & FACSIMILE (973-645-3097)**

Honorable Mark Falk, U.S.M.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse Building
One Federal Square
Newark, New Jersey 07101

    Re:   **Marjam Supply Co. v. Firestone Building Products Co., LLC, et al.
           Civil Action No. 11-07119 (WJM) (MF)**

Dear Judge Falk:

    This firm represents Defendants designated as Firestone Building Products Company, LLC, Firestone Diversified Products, LLC, and GenFlex Roofing Systems, LLC (collectively "Firestone") in the above-referenced matter. As instructed by Your Honor during the May 13, 2015 status conference, counsel for Firestone and counsel for Plaintiff Marjam Supply Co. ("Marjam") have conferred and reached an agreement regarding the case schedule. Accordingly, enclosed please find a proposed Amended Pretrial Scheduling Order reflecting dates agreed upon by counsel for Firestone and Marjam.

    If the foregoing meets with Your Honor's approval, the parties respectfully request that Your Honor sign and enter the proposed Order. If Your Honor has any questions or concerns, we remain available at Your Honor's convenience.

                                                  Respectfully submitted,

                                                  s/ J. Brugh Lower
                                                  J. Brugh Lower

Enclosure

cc:    Alan M. Lebensfeld, Esq.
       Lawrence J. Sharon, Esq.
       Brett R. Schwartz, Esq.
       Christopher Viceconte, Esq.
       Mark J.R. Merkle, Esq.
       (all via email)